UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,     RESTITUTION PAYMENT SCHEDULE

CR-08-0231 (Feuerstein, J.)

- against -

JAMES WRIGHT,

Defendant.

- - - - - - - - - - - - - - -X

FILED
IN CLERK'S OFFICE
US DISTRICT COURT EDNY

★ OCT 12 2012 ★

LONG ISLAND OFFICE

WHEREAS, pursuant to a judgment imposed against the defendant on March 3, 2010, the Court ordered the defendant, among other things, to pay restitution in the amount of $318,469.77, plus interest, pursuant to 18 U.S.C. § 3663A, as follows: $271,359 to the Internal Revenue Service; and $47,110.77 to the New York State Department of Taxation and Finance; and

WHEREAS, because the parties had been unable to reach an agreement as to an appropriate schedule for the repayment of the judgment of restitution, as required by the judgment, a status conference was scheduled for October 16, 2012; and

WHEREAS, on October 16, 2012, the parties reached an agreement as to a payment schedule,

IT IS HEREBY SO ORDERED,

1. The defendant shall make a payment in the amount of $3,000, on or before October 23, 2012.

2. Thereafter, the defendant shall make monthly

payments in the amount of $3,000.00 per month, on or before the 15th of each month, until his liability for the judgment of restitution terminates in accordance with 18 U.S.C. § 3613(b).

3. In accordance with 18 U.S.C. § 3664(k), the defendant shall notify the court and the U.S. Attorney's Office of an material change in his economic circumstances that might affect his ability to pay restitution.

4. In accordance with 18 U.S.C. § 3664(I), which provides that all victims should receive full restitution before the United States receives any restitution, the Clerk of the Court shall distribute all payments made by the defendant first to the New York State Department of Taxation and Finance, until the full amount of the principal owing to it is paid in full, that is, $47,110.77.

5. Unless the Clerk of the Court is notified by the United States Attorney's Office that the address for payments of restitution to the New York States Department of Taxation and Finance is otherwise, the Clerk of the Court shall mail the payments to the following address: New York State Department of Taxation and Finance, Office of Budget and Management Analysis, Disclosure and Government Exchange, W.A. Harriman Campus Building 8, Room 700, Albany, NY, 12227.

6. After the New York State Department of Taxation

and Finance is paid $47,110.77, the Clerk of the Court shall disburse payments to the Internal Revenue Service.

7.  Unless the Clerk of the Court is notified by the United States Attorney's Office that the address for payments of restitution to the Internal Revenue Service is otherwise, the Clerk of the Court shall mail the payments to the following address: IRS-RACS, Attn: Mail Stop 6261, Restitution, 333 W. Pershing Avenue, Kansas City, MO, 64108.

8.  Once the full amount of the principal is paid to both the New York State Department of Taxation and Finance and the Internal Revenue Service, the Clerk of the Court shall distribute the remaining payments toward interest, first to the New York State Department of Taxation and Finance and then to the Internal Revenue Service. The Clerk of the Court shall contact the United States Attorney's Office which will provide the Clerk of the Court with the amount of the interest owed to each entity.

9.  The Clerk of the Court shall reference "United States v. James Wright, CR-08-0231, RESTITUTION" on the face of each check issued to the Internal Revenue Service and the New York State Department of Taxation and Finance.

Dated: ~~Brooklyn~~ Central Islip, New York
October 12, 2012

s/ Sandra J. Feuerstein

HONORABLE SANDRA J. FEUERSTEIN
United States District Judge
Eastern District of New York

3